UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| DANA C. MORRIS, | ) |
|                 Plaintiff, | ) |
| v. | )   Civil No. 09-200-B-W |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) |
|                 Defendant. | ) |

**ORDER AFFIRMING THE
RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

No objection having been filed to the Magistrate Judge's Recommended Decision filed December 30, 2009, the Recommended Decision is accepted.

Accordingly, it is hereby ORDERED that this action be and hereby is DISMISSED for Plaintiff's failure to comply with the order to show cause.

SO ORDERED.

                                                /s/ John A. Woodcock, Jr.
                                                JOHN A. WOODCOCK, JR.
                                                CHIEF UNITED STATES DISTRICT JUDGE

Dated this 20th day of January, 2010